■ Virginia A. Waller, Individually and as Administratrix of the Estate of John R. Waller, Deceased, Appellant, v Joseph F. Kiebzek, Doing Business as Kiebzek's Restaurant, et al., Defendants; Otto L. Nero et al., Doing Business as Nero's Restaurant, Inc., Appellants, and General Accident Group, Respondent.— Judgment unanimously affirmed, without costs, for reasons stated at Special Term, Wolf, J. (Appeal from judgment of Supreme Court, Erie County, Wolf, J.—declaratory judgment.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.